Scott L. Poisson, Esq.
Nevada Bar No.: 10188
Amber N. King, Esq.
Nevada Bar No.: 14070
**BERNSTEIN & POISSON**
700 South Jones
Las Vegas, Nevada 89107
(702) 256-4566
(702) 256-6280 fax
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ELISABETH LITCHFIELD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION., and; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendant(s). | Case No.: 2:19-cv-01222-JAD-FJY<br><br>**STIPULATION AND ORDER REGARDING RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ADDITIONAL DISCOVERY** |

Discovery on this matter closed on October 23, 2020. Prior to the close of discovery, Plaintiff requested the 30(b)(6) deposition of defendant's representative. However, due to scheduling conflicts and COVID related delays, the deposition has not been able to be scheduled prior to the October 23, 2020 discovery deadline. The parties have been diligently trying to schedule the deposition. The parties have agreed to allow the deposition to take place after the close of discovery given the scheduling difficulties. The parties have agreed that the requested deposition will proceed forward on December 17, 2020.

On November 24, 2020, Defendant filed a Motion for Summary Judgment, ECF Document No. 26. The Plaintiff's response is due on December 14, 2020. Due to the delay

in obtaining dates for the Defendant's deposition, the parties stipulate and request the Court to extend the deadline for Plaintiff's Response to Defendant's Motion for Summary Judgment to January 6, 2021 20 days after the Defendant's deposition takes place.

| | |
|---|---|
| **BERNSTEIN & POISSON** | **PERRY & WESTBROOK, P.C** |
| **DATED: NOVEMBER 25, 2020** | **DATED: NOVEMBER 25, 2020** |
| /s/ Amber N. King | /s/ Alan W. Westbrook |
| Scott L. Poisson, Esq.<br>Nevada Bar No.: 10188<br>Amber N. King, Esq.<br>Nevada Bar No.: 14070<br>700 South Jones Blvd.,<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff* | Alan W. Westbrook, Esq.<br>Nevada Bar No. 6167<br>Perry & Westbrook, a PC<br>1707 West Charleston Blvd., Suite 200<br>Las Vegas, NV 89102<br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of November, 2020.