1  Scott L. Poisson, Esq.
   Nevada Bar No.: 10188
2  Amber N. King, Esq.
3  Nevada Bar No.: 14070
   **BERNSTEIN & POISSON**
4  700 South Jones
   Las Vegas, Nevada 89107
5  (702) 256-4566
6  (702) 256-6280 fax
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELISABETH LITCHFIELD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION., and; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendant(s). | Case No.: 2:19-cv-01222-~~JAD-EJY~~ RFB-EJY<br><br>**STIPULATION AND ORDER REGARDING RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Discovery on this matter closed on October 23, 2020. Prior to the close of discovery, Plaintiff requested the 30(b)(6) deposition of defendant's representative. However, due to scheduling conflicts and COVID related delays, the deposition has not been able to be scheduled prior to the October 23, 2020 discovery deadline. The parties have agreed to allow the deposition to take place after the close of discovery given the scheduling difficulties. The deposition will proceeded forward on December 16, 2020.

On November 24, 2020, Defendant filed a Motion for Summary Judgment, ECF Document No. 26. The Court previously granted an extension of Plaintiff's response to January 6, 2021, due to the delay in obtaining dates for the Defendant's deposition.

1  The transcript of the deposition was received on January 30, 2020, however, counsel for Plaintiff has been ill due to contracting the COVID-19 virus and is requesting an additional week to be able to complete their response. Therefore, the parties have agreed and stipulate that the response to Defendant's Motion could be extended from January 6, 2021 to January 13, 2021.

**BERNSTEIN & POISSON**

**DATED: JANUARY 6, 2021**

 /s/ Amber N. King
Scott L. Poisson, Esq.
Nevada Bar No.: 10188
Amber N. King, Esq.
Nevada Bar No.: 14070
700 South Jones Blvd.,
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

**PERRY & WESTBROOK, P.C**

**DATED: JANUARY 6, 2021**

 /s/  Alan W. Westbrook
Alan W. Westbrook, Esq.
Nevada Bar No. 6167
Perry & Westbrook, a PC
1707 West Charleston Blvd., Suite 200
Las Vegas, NV 89102
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 7th day of January, 2021.